UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| Martha Walther, Trent Kumfer, Jayme Lea, Megan Kelsey, Dave Lowe, Carol Whisler, and Michele Porter, as representatives of a class of similarly situated persons, and on behalf of the 80/20, Inc. Employee Stock Ownership Plan,<br><br>    Plaintiffs,<br><br>v.<br><br>John Wood and Brian Eagle,<br><br>    Defendants. | 1:23-cv-00294-GSL-SLC |

## JOINT NOTICE OF SETTLEMENT

Plaintiffs Martha Walther, Trent Kumfer, Jayme Lea, Megan Kelsey, Dave Lowe, Carol Whisler, and Michele Porter ("Plaintiffs"), along with Defendants John Wood and Brian Eagle, jointly notify the Court that they have reached a settlement in principle, subject to negotiation of a full and final settlement agreement and Court approval.

Plaintiffs anticipate filing a motion for preliminary approval of the settlement agreement on or before February 23, 2026.

/s/ David K. Herzog
David K. Herzog
Molly E. Harkins Broadhead
Greg A. English
HOOVER HULL TURNER LLP
111 Monument Circle, Suite 4400
P.O. Box 44989
Indianapolis, IN 46244-0989
Tel: (317) 822-4400
Fax: (317) 381-5643
dherzog@hooverhullturner.com

/s/ Melissa A. Carrington
Jennifer K. Lee, MN No. 0399012*
Carl F. Engstrom, MN No. 0396298**
Melissa A. Carrington, IA No. 13033**
Charlie C. Gokey, MN No. 0402225*
323 Washington Ave. N., Suite 200
Minneapolis, MN 55401
Telephone: 612-305-8349
jlee@engstromlee.com
cengstrom@engstromlee.com
mcarrington@engstromlee.com

| | |
|---|---|
| mbroadhead@hooverhullturner.com<br>genglish@hooverhullturner.com<br><br>*Attorneys for Defendant John Wood* | cgokey@engstromlee.com<br><br>\* admitted in Northern District of Indiana<br>\*\*admitted *Pro Hac Vice*<br><br>*Attorneys for Plaintiffs* |
| /s/ Emily A. Kile-Maxwell<br>Philip J. Gutwein II<br>Emily A. Kile-Maxwell<br>FAEGRE DRINKER BIDDLE & REATH LLP<br>300 North Meridian Street, Suite 2500<br>Indianapolis, IN 46204<br>Tel: (317) 237-0300<br>Fax: (317) 237-1000<br>philip.gutwein@faegredrinker.com<br>emily.kilemaxwell@faegredrinker.com<br><br>*Attorneys for Defendant Brian Eagle* | |

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on December 19, 2025, the foregoing was electronically filed using the CM/ECF system, causing a Notice of Electronic Filing to be transmitted to all counsel of record.

/s/Melissa A. Carrington
Melissa A. Carrington