**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**
**FORT WAYNE DIVISION**

| | |
|---|---|
| Martha Walther, Trent Kumfer, Jayme Lea, Megan Kelsey, Dave Lowe, Carol Whisler, and Michele Porter, as representatives of a class of similarly situated persons, and on behalf of the 80/20, Inc. Employee Stock Ownership Plan,<br><br>          Plaintiffs,<br><br>v.<br><br>John Wood and Brian Eagle,<br><br>          Defendants. | 1:23-cv-00294-GSL-ALT |

**PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF**
**CLASS ACTION SETTLEMENT**

Plaintiffs Martha Walther, Trent Kumfer, Jayme Lea, Megan Kelsey, Dave Lowe, Carol

Whisler, and Michele Porter ("Plaintiffs"), individually and on behalf of the proposed Settlement

Class, hereby respectfully move for an order (1) preliminarily approving a class action settlement

between Plaintiffs and Defendants John Wood, Brian Eagle, Patrick Buesching, Patrice Mauk,

Rodney Strack, MPE Partners II, L.P., MPE Partners III, L.P., and Pareto Efficient Solutions,

LLC; (2) approving the proposed Settlement Notice and authorizing its distribution to the

Settlement Class; (3) certifying the proposed Settlement Class; (4) setting a date for a final

approval hearing; and (5) granting other relief as set forth in the proposed Preliminary Approval

Order.

In support, Plaintiffs submit the accompanying Memorandum of Law; the Declaration of

Melissa Carrington, which attaches Exhibit 1 (Settlement Agreement with Exhibits A-E), Exhibit

2 (Biography of Mediator, Hon. John A. Jarvey), and Exhibit 3 (Firm Biography for Engstrom

Lee LLC); the Declarations of Plaintiffs Martha Walther, Trent Kumfer, Jayme Lea, Megan

Kelsey, Dave Lowe, Carol Whisler, and Michele Porter; and the Declaration of the Settlement

Administrator.

The undersigned has conferred with counsel for Defendants, who do not oppose this

motion.


Dated: March 9, 2026                                      Respectfully submitted,

                                                         /s/  *Melissa A. Carrington*
                                                         Melissa A. Carrington, MN No. 0507006**
                                                         Jennifer K. Lee, MN No. 0399012*
                                                         Carl F. Engstrom, MN No. 0396298**
                                                         323 Washington Ave. N., Suite 200
                                                         Minneapolis, MN 55401
                                                         Telephone: 612-305-8349
                                                         jlee@engstromlee.com
                                                         cengstrom@engstromlee.com
                                                         mcarrington@engstromlee.com

                                                         * admitted in Northern District of Indiana
                                                         **admitted *Pro Hac Vice*

                                                         *Attorneys for Plaintiffs*

3

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on March 9, 2026, the foregoing was electronically filed

using the CM/ECF system, causing a Notice of Electronic Filing to be transmitted to all counsel

of record.

/s/Melissa A. Carrington
Melissa A. Carrington

3